UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
LICEDIA ARROYO

CASE NO. 04-15679-BKC-RAM

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 4,609.78 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $  .00  remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUN 27 2006

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

LICEDIA ARROYO  
14965F SW 49TH LN  
MIAMI, FL 33185-4463

TIMOTHY S. KINGCADE, ESQUIRE  
1370 CORAL WAY  
MIAMI, FL 33145

OCWEN FEDERAL BANK FSB  
POST OFFICE BOX 785053  
ORLANDO, FL 32878-5053

OCWEN FEDERAL BANK FSB  
POST OFFICE BOX 785053  
ORLANDO, FL 32878-5053

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                           CASE NO.   04-15679-BKC-RAM
LICEDIA ARROYO

                                                 CHAPTER 13

LICEDIA ARROYO

14965F SW 49TH LN
MIAMI, FL 33185-4463


TIMOTHY S. KINGCADE, ESQUIRE
1370 CORAL WAY
MIAMI, FL 33145


OCWEN FEDERAL BANK FSB            ---------$         3,775.36
POST OFFICE BOX 785053
ORLANDO, FL 32878-5053


OCWEN FEDERAL BANK FSB            ---------$           834.42
POST OFFICE BOX 785053
ORLANDO, FL 32878-5053


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130